UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD MUSIC GROUP, INC., and CONCORD BICYCLE ASSETS, LLC,<br><br>**Plaintiffs**<br><br>v.<br><br>ALTICE USA, INC., and CSC HOLDINGS, LLC,<br><br>**Defendants** | CIVIL ACTION NO. 2:22-CV-471 |

## NOTICE OF APPEARANCE OF JOHN WILLIAM TOTH

Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records LLC, Concord Music Group, Inc. and Concord Bicycle Assets LLC files this Notice of Appearance and hereby notifies the Court that John William Toth of Steptoe & Johnson LLP, 1330 Connecticut Avenue NW, Washington, DC 20036, is appearing on behalf of the Plaintiffs in the above referenced matter.

Respectfully submitted,

John William Toth

Dated: December 20, 2022    By:    */s/ John William Toth*
John William Toth
DC Bar No. 1615883
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Email: btoth@steptoe.com

Telephone: (202) 429-3000
Facsimile:  (202) 429-3902

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this 20th day of December, 2022.

                                       /s/ *John William Toth*
                                       John William Toth