IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD MUSIC GROUP, INC., CONCORD BICYCLE ASSETS, LLC, | § § § § § § § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 2:22-CV-00471-JRG |
| v. | § § | |
| ALTICE USA, INC., CSC HOLDINGS, LLC, | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Extend Time to Respond to Defendants' Motion to Transfer Venue and for Expedited Venue Discovery (the "Motion") filed by Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC (collectively, "Plaintiffs"). (Dkt. No. 20). Altice USA, Inc. and CSC Holdings, LLC's (collectively, "Defendants") filed their Motion to Transfer Venue to the Eastern District of New York Pursuant to 28 U.S.C. § 1404(a) (the "Motion to Transfer"). (Dkt. No. 11). Accordingly, Plaintiffs represent that the parties agree to serve interrogatories and requests for production and to take Rule 30(b)(6) depositions for the purposes of venue discovery. (Dkt. No. 20 at 3–4). Defendants are unopposed to the Motion. (*Id.* at 6).

Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that:

The parties shall conduct venue discovery limited to:

- Interrogatories: 5 per side. The parties are to respond on an expedited basis within 21 days[1];

- Document Requests: 5 per side. The parties are to respond on an expedited basis within 21 days[2];

- Plaintiffs shall have a single six-hour Rule 30(b)(6) deposition of Defendants whereas Defendants shall have a single three-hour Rule 30(b)(6) deposition of each of the three Plaintiff Groups for a total of nine hours[3];

- All depositions may be taken remotely by Zoom or other remote means. However, the parties may defend depositions in person.[4]

Venue discovery shall be completed within 60 days of the entry of this Order. Following the completion of venue discovery, the parties shall adhere to the following briefing schedule:

- Plaintiffs' response to the Motion to Transfer (Dkt. No. 11) shall be due within two weeks from the close of venue discovery;

- Defendants' reply, if any, to Plaintiffs' response shall be due within four weeks from the close of venue discovery; and

- Plaintiffs' sur-reply, if any, shall be due within five weeks from the close of venue discovery.

**So ORDERED and SIGNED this 10th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] The same set of interrogatories shall be served on each party on the opposing side, and each party shall individually respond.

[2] The same set of document requests shall be served on each party on the opposing side, and each party shall individually respond.

[3] The Plaintiff Groups are as follows: (1) BMG Rights Management (US), LLC; (2) UMG Recordings, Inc. and Capitol Records, LLC; and (3) Concord Music Group, Inc. and Concord Bicycle Assets, LLC. Accordingly, a single witness may be offered to testify simultaneously for each Plaintiff Group and, separately, for Altice USA, Inc. and CSC Holdings, LLC. Deposition topics shall be limited to the facts bearing on Defendants' Motion to Transfer and any responses thereto, including the parties' responses to written discovery regarding 28 U.S.C. § 1404(a).

[4] The parties agree to enter into a remote deposition protocol with the terms described herein and other standard terms.