UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD MUSIC GROUP, INC., and CONCORD BICYCLE ASSETS, LLC,<br><br>**Plaintiffs**<br><br>v.<br><br>ALTICE USA, INC., and CSC HOLDINGS, LLC,<br><br>**Defendants** | CIVIL ACTION NO. 2:22-CV-471 |

### NOTICE OF APPEARANCE OF JOHN J. BYRON

Through this filing, notice is given that John J. Byron, with the law firm of Steptoe & Johnson LLP, enters his appearance as a counsel of record for Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records LLC, Concord Music Group, Inc., and Concord Bicycle Assets LLC.  Mr. Byron is admitted in the United States District Court for the Eastern District of Texas and otherwise authorized to practice in this District.  Mr. Byron requests that he be added all service lists in this matter, including the e-filing service list, and that all pleadings, discovery, orders, notices, correspondence, and other papers filed in this action be served on him at the following address

John J. Byron
**STEPTOE & JOHNSON LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Telephone: (312) 577-1283
jbyron@steptoe.com

1

Respectfully submitted,

| | |
|---|---|
| William E. Davis, III<br>Texas State Bar No. 24047416<br>Rudolph "Rudy" Fink IV<br>Texas State Bar No. 24082997<br>**THE DAVIS FIRM, PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br>bdavis@davisfirm.com<br>rfink@davisfirm.com | */s/ John J. Byron*<br>Michael J. Allan (pro hac vice)<br>John William "Bill" Toth (pro hac vice)<br>Joseph F. Ecker (pro hac vice)<br>**STEPTOE & JOHNSON LLP**<br>1330 Connecticut Ave. NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Facsimile: (212) 506-3900<br>mallan@steptoe.com<br>btoth@steptoe.com<br>jecker@steptoe.com<br><br>Jamie L. Lucia<br>**STEPTOE & JOHNSON LLP**<br>On Market Plaza<br>Steuart Tower, 10th Floor, Suite 1070<br>San Francisco, California 94105<br>Telephone: (415) 365-6711<br>Facsimile: (415) 365-6699<br>jlucia@steptoe.com<br><br>John J. Byron<br>**STEPTOE & JOHNSON LLP**<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>Telephone: (312) 577-1283<br>Facsimile: (312) 577-1370<br>jbyron@steptoe.com<br><br>*Counsel for Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC.* |

## CERTIFICATE OF SERVICE

I certify that on the 28th day of November 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document by the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *John J. Byron*
John J. Byron