## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD MUSIC GROUP, INC., and CONCORD BICYCLE ASSETS, LLC, <br><br>       Plaintiffs, <br><br>       v. <br><br> ALTICE USA, INC. and CSC HOLDINGS, LLC, <br><br>       Defendants. | Civil Action No. 2:22-CV-471-JRG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC and Defendants Altice USA, Inc. and CSC Holdings, LLC stipulate to the dismissal of this matter and all pending claims with prejudice. Each of the parties shall bear its own costs, expenses, and attorney fees.

Dated: August 14, 2024

**STIPULATED TO AND APPROVED:**

| | |
|---|---|
| */s/ Michael J. Allan w/ permission* <br> *William E. Davis, III* <br> Michael J. Allan (*pro hac vice*) <br> John M. Caracappa (*pro hac vice*) <br> **Steptoe LLP** <br> 1330 Connecticut Ave. NW <br> Washington, DC 20036 <br> (202) 429-3000 <br> mallan@steptoe.com | */s/ Michael S. Elkin* <br><br> Michael S. Elkin (*pro hac vice*) <br> Krishnan Padmanabhan (*pro hac vice*) <br> Sean R. Anderson (*pro hac vice*) <br> **Winston & Strawn LLP** <br> 200 Park Avenue <br> New York, NY 10166 <br> (212) 294-6700 |

jcaracappa@steptoe.com

John J. Byron
Texas State Bar. No. 24078296
**Steptoe LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1283
jbyron@steptoe.com

William E. Davis, III
Texas State Bar No. 24047416
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
bdavis@davisfirm.com
rfink@davisfirm.com

melkin@winston.com
sranderson@winston.com
kpadmanabhan@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
**Winston & Strawn LLP**
101 California Street, 35th Floor
San Francisco, CA 9411
(415) 591-1506
jgolinveaux@winston.com

Wesley Hill
Texas State Bar No. 24032294
Claire Henry
Texas State Bar No. 24053063
Charles Everingham IV
Texas State Bar No. .   00787447
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
wh@wsfirm.com
claire@wsfirm.com
ce@wsfirm.com

*Counsel for Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC*

*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this August 14, 2024 on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ *William E. Davis, III*
William E. Davis, III