# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION



| | | |
|---|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD MUSIC GROUP, INC. and CONCORD BICYCLE ASSETS, LLC, | § § § § § | |
| *Plaintiffs*, | § | CIVIL CASE NO.  2:22-CV-00471-JRG |
| | § | |
| v. | § § | |
| ALTICE USA, INC., and CSC HOLDINGS, LLC, | § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC and Defendants Altice USA, Inc. and CSC Holdings, LLC (collectively, the "Parties"). (Dkt. No. 182.) In the Stipulation, the Parties "stipulate to the dismissal of this matter and all pending claims with prejudice" under Rule 41(a)(1)(A)(ii). (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 15th day of August, 2024.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE