IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD MUSIC GROUP, INC., and CONCORD BICYCLE ASSETS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALTICE USA, INC., and CSC HOLDINGS, LLC,<br><br>Defendants. | CIVIL ACTION NO. 2:22-CV-471-JRG |

## JOINT NOTICE OF FILING OF REDACTED ORDER

Pursuant to the Court's instructions contained in its Sealed Order (Dkt. 181), Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC, and Defendants Altice USA, Inc., and CSC Holdings, LLC, jointly file this notice that the parties' Joint Motion to Stay and Notice of Settlement (Dkt. 180) and Sealed Order (Dkt. 181) have been redacted and are being filed of record to comply with the Court's instructions.

1

Dated: August 20, 2024

Respectfully submitted,

/s/ *Michael J. Allan*

Michael J. Allan (*pro hac vice*)
John M. Caracappa (*pro hac vice*)
**Steptoe & Johnson LLP**
1330 Connecticut Ave. NW
Washington, DC 20036
(202) 429-3000
(212) 506-3900
mallan@steptoe.com
jcaracappa@steptoe.com

John J. Byron
Texas State Bar No. 24078296
**Steptoe & Johnson LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1283
jbyron@steptoe.com

William E. Davis, III
Texas State Bar No. 24047416
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
(903) 230-9090
bdavis@davisfirm.com
rfink@davisfirm.com

*Counsel for Plaintiffs BMG Rights Management (US) LLC, UMG Recordings, Inc., Capitol Records, LLC, Concord Music Group, Inc., and Concord Bicycle Assets, LLC*

/s/ *Michael S. Elkin*

Michael S. Elkin (*pro hac vice*)
Krishnan Padmanabhan (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
**Winston & Strawn LLP**
200 Park Avenue New York, NY 10166
(212) 294-6700
melkin@winston.com
kpadmanabhan@winston.com
sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
**Winston & Strawn LLP**
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506
jgolinveaux@winston.com

Wesley Hill
Texas Bar No. 24032294)
Claire Henry
Texas Bar No. 24053063)
Charles Everingham IV
Texas Bar No. 00787447
**Ward, Smith & Hill, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400
wh@wsfirm.com
claire@wsfirm.com
ce@wsfirm.com

*Counsel for Defendants Altice USA, Inc. and CSC Holdings, LLC*

2

## **CERTIFICATE OF SERVICE**

The foregoing notice has been served on all counsel of record via the Court's electronic filing system, this 20th day of August, 2024.

                                                 */s/ William E. Davis III*
                                                 William E. Davis. III